**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Linda Jones

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA JONES, ) | 1:06cv01585 LJO NEW (DLB) |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO EXTEND TIME |
| MICHAEL ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

Plaintiff can not meet the deadline for filing plaintiff's opening brief which is due on June 18, 2007, and is therefore requesting that Plaintiff shall have until July 18, 2007 in which to file her opening brief.

Dated: June __18__, 2007         /s/ Robert Ishikawa
_____
ROBERT ISHIKAWA
Attorney for Plaintiff, Roger C. Worley

Dated: June __18__, 2007         /s/ Geralyn Gulseth
_____
Geralyn Gulseth
Assistant Regional Council

IT IS SO ORDERED.

Dated:   **June 19, 2007**          __/s/ **Dennis L. Beck**__
                                   UNITED STATES MAGISTRATE JUDGE