**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Linda Jones

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA JONES, ) | 1:06cv01585 LJO NEW (DLB) |
| )  Plaintiff, ) | |
| ) v. ) | STIPULATION AND ORDER TO EXTEND TIME |
| MICHAEL ASTRUE, ) Commissioner of Social Security, ) | |
| ) Defendant. ) | |

Plaintiff can not meet the deadline for filing plaintiff's opening brief which is due on July 18, 2007, and is therefore requesting that Plaintiff shall have until August 18, 2007 in which to file her opening brief.

Dated: July __13__, 2007        /s/ Robert Ishikawa
_____
ROBERT ISHIKAWA
Attorney for Plaintiff, Roger C. Worley

Dated: July __13__, 2007        /s/ Geralyn Gulseth
_____
Geralyn Gulseth
Assistant Regional Council

IT IS SO ORDERED.

  Dated:   **July 16, 2007**            **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE