IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA JONES, ) | 1:06cv1585 LJO NEW (DLB) |
| Plaintiff, ) | |
| ) | ORDER GRANTING PLAINTIFF'S |
| ) | REQUEST FOR EXTENSION OF TIME |
| vs. ) | (Document 22) |
| ) | |
| JO ANNE BARNHART, Commissioner, ) | |
| ) | |
| Defendant. ) | |

On August 17, 2007, the parties filed a stipulation to extend time for Plaintiff to file her opening brief.

Plaintiff's order is GRANTED. Pursuant to the agreement of the parties, Plaintiff has until September 18, 2007, to file her opening brief. This is Plaintiff's third request for an extension of time, however, and further requests will not be granted absent a showing of good cause.

IT IS SO ORDERED.

Dated:   **August 17, 2007**           **/s/ Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE

1