IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA JONES, ) | 1:06cv1585 LJO NEW (DLB) |
| Plaintiff, ) | |
| vs. ) | ORDER TO SHOW CAUSE |
| JO ANNE BARNHART, Commissioner, ) | |
| Defendant. ) | |

On August 17, 2007, the parties filed a stipulation to extend time for Plaintiff to file her opening brief. The Court granted the extension, but explained as follows:

**This is Plaintiff's third request for an extension of time, however, and further requests will not be granted absent a showing of good cause.**

Plaintiff filed another stipulation to extend time on September 18, 2007. Plaintiff requests until October 18, 2007, to file her opening brief. In complete disregard of the Court's August 17, 2007, order, the stipulation did not contain *any* explanation as to why the extension of time was necessary, nor did it even recognize the Court's prior warning.

Plaintiff's counsel has ignored similar warnings in other Social Security actions. While the Court is aware that caseloads are high, it must balance the need for additional time with the need to resolve cases in a timely, efficient manner. The administrative record in this case was filed on February 16, 2007, making the opening brief originally due on May 22, 2007. Plaintiff has received almost *four* months in extensions of time and seeks to extend her

1

1  time by an additional thirty days.  Such lengthy delays, even where the parties are in
2  agreement, cannot be allowed in the absence of good cause.
3        Accordingly, Plaintiff is ordered to show cause why this action should not be dismissed
4  for her failure to follow the Court's August 17, 2007, order.  Plaintiff is ORDERED to file a written
5  response to this Order to Show Cause within twenty (20) days of the date of this Order.  The
6  response must explain Plaintiff's actions and reasons for ignoring the Court's August 17, 2007,
7  order.  Filing the opening brief will not discharge this order to show cause.
8        Failure to follow this order will result in a recommendation that this action be dismissed.
9
10        IT IS SO ORDERED.
11        **Dated:   September 20, 2007**            **/s/ Dennis L. Beck**
                                               UNITED STATES MAGISTRATE JUDGE

2