IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LINDA JONES, | ) | 1:06cv1585 LJO NEW (DLB) |
| Plaintiff, | ) ) ) | |
| | ) | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| vs. | ) ) | (Document 25) |
| JO ANNE BARNHART, Commissioner, | ) ) ) | |
| Defendant. | ) ) | |

On September 20, 2007, the Court issued an order to show cause why the action should not be dismissed for Plaintiff's failure to follow the Court's order.

On October 9, 2007, Plaintiff filed her opening brief along with a declaration from counsel explaining his failure to abide by the Court's prior warning against further extensions of time without a showing of good cause. The Court is satisfied that counsel did not act intentionally and that he will avoid such circumstances in the future.

Accordingly the Order to Show Cause is Discharged.

IT IS SO ORDERED.

Dated: __October 11, 2007__          _____/s/ Dennis L. Beck_____
                                                            UNITED STATES MAGISTRATE JUDGE

1