# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA JONES,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>            Defendant. | 1:06-cv-01585 LJO GSA<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(Document 34) |

    On May 5, 2008, the Magistrate Judge issued Findings and Recommendation that Plaintiff's appeal from the administrative decision of the Commissioner of Social Security be denied and that judgment be entered for Defendant Michael J. Astrue and against Plaintiff Linda Jones. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within fifteen (15) days after being served with the order. Over fifteen (15) days have passed and no party has filed objections.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

///

    Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued May 5, 2008, is ADOPTED IN FULL; and

2. The appeal is DENIED.  Judgment SHALL be entered for Defendant Michael J. Astrue, Commissioner of Social Security, against Plaintiff Linda Jones.

The clerk is directed to close this action.

    IT IS SO ORDERED.

**Dated:   June 2, 2008**                   /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE